IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**WILLIAM HENRY HARRISON,**

        Plaintiff,

        v.

**FEDERAL BUREAU OF PRISONS, et al.,**

        Defendants.

) Case No. 16-cv-819 (RDM)
)
)

## NOTICE OF CHANGE OF ADDRESS

NOW COMES William Henry Harrison (hereinafter "Harrison"), who hereby gives notice to this Honorable Court of his change of address for all purposes respecting the above-captioned action, and states herein that:

1) Harrison commenced this action while incarcerated at the Federal Correctional Complex (Low) in Petersburg, VA;

2) Harrison was released from custody on May 2, 2016;

3) Harrison's new address for all purposes respecting this cause of action is:

    William Henry Harrison
    4307 Gaines Road
    Richmond, VA 23222
    (804) 303-5417 (h)
    (804) 617-0851 (c)
    gkia27@yahoo.com

Thank you very kindly,

                      Yours,

                      William Henry Harrison
                      Plaintiff, Pro Se

RECEIVED
Mail Room

2   2016

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

William A. Arnold
4307 Hermes Road
Richmond, VA 23222

For: Clerk
U.S. District Court
District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001